# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAM PHO VONG,<br>Petitioner,<br>v.<br>WARDEN OF ADELANTO, *et al.*,<br>Defendants. | Case No. 5:26-cv-05866-JWH-DFM<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge.[1] No objections were filed by the deadline. Good cause appearing therefor, it is hereby **ORDERED** as follows:

1. The Report and Recommendation of the United States Magistrate Judge is **APPROVED** and **ACCEPTED**.

2. The Petition for Writ of Habeas Corpus is **GRANTED** as to Ground One.

3. Respondents are **DIRECTED** to release Petitioner Tam Pho Vong (A# 025-372-172) from custody no later than November 13, 2026, subject to appropriate conditions of supervision under 8 U.S.C. § 1231(a)(3).

4. Respondents are also **DIRECTED** to file no later than November 16, 2026, a notice of compliance with this Order.

5. Grounds Two and Three are **DENIED as moot**.

6. Ground Four is **DISMISSED without prejudice**.

**IT IS SO ORDERED.**

Dated: November 10, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE

[1] Report and Recommendation [ECF No. 10].