JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAM PHO VONG,<br>Petitioner,<br>v.<br>WARDEN OF ADELANTO, *et al.*,<br>Defendants. | Case No. 5:26-cv-05866-JWH-DFM<br><br>**JUDGMENT** |

Pursuant to the "Order Accepting Magistrate Judge's Report and Recommendation" entered on or about November 10, 2026, and in accordance with Rule 58 of the Federal Rules of Civil Procedure ,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows :

1. The Petition is **GRANTED** with respect to Ground One.
2. Grounds Two and Three are **DENIED as moot**.
3. Ground Four is **DISMISSED without prejudice**.
4. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: November 24, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE